# MICHAEL HURWITZ
### ATTORNEY AT LAW

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

OFFICE: (212) 619-4240

CELL: (917) 797-6238
FAX: (212) 619-6743
hurwitzm@gmail.com

March 21, 2014

**VIA ECF:**
The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **US v. Reinaldo Antonio Bedoya-Zapata**
**06-CR-0091 (SLT)**

Dear Judge Townes,

On May 22 2013 I was appointed to represent the defendant Reinaldo Antonio Bedoya-Zapata. Preparation for trial prior to his guilty plea and the review of discovery has taken many hours. I request the Court allow counsel to submit an interim voucher. Thank you for your consideration.

Sincerely,

Michael Hurwitz

MH/ss