TRULINCS 80671053 - BEDOYA-ZAPATA, REINALDO - Unit: BRO-D-B

06 CR 91 (SLT)

---

FROM: 80671053
TO:
SUBJECT: Letter to Honorable Judge: Sandra Townes
DATE: 09/28/2014 08:44:47 PM

To: Honorable Judge Sandra Townes
From: Rainaldo Bedoya-Zapata / Reg.# 80671-053
Date: Sept. 29 - 2014
Re: Pre-Sentence Letter to Judge Sandra Townes

Dear respectable Judge:

Sandra Townes - Eastern District Court House

Your Honor; with this communication I present myself with a open heart and as a new man. This incarceration period of 41 months has giving me the opportunity to seek for forgiveness and meet with God; with this letter Your Honor, I put my life on your hands.

It's been very hard for me been so far ways from my children, wife and my love ones; but my acts and mistakes couldn't carry less punishments and I accept it... I deserve it. I would like Your Honor to believe that after this, it's over... After this time under custody I became a new individual with a new plan: to reward my family and my community with an optimal behavior. When I go back to my country I promise that I will be an asset and will also clear all my wrong doing. I have a secured job opportunity waiting for me at a glass factory name Electro-Vidrio.

I regret to have being involved in those incidents that caused harm to the United States and so many innocents. I implore Your Honor to have mercy and I beg you for another chance to demonstrate the new man that was born since the day of my incarceration. Thank you Your Honor for your time and God may bless you.

*[signature]*

Rainaldo Bedoya-Zapata
Reg.# 80671-053
Metropolitan Detention Center
Brooklyn, New York

Reinaldo Bedoya-Zapata
Reg. # 80671-053
Metropolitan Detention Center
PO Box 329002
Brooklyn NY- 11232

NEW YORK NY 100
25 SEP 2014 PM 10 L

LEGAL MAIL

To: Honorable Judge Sandra Townes
US. Court House Eastern District
225 Cadman Plaza East
Brooklyn New York
10012

112013189B